**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Mari Fairman-Painter, formerly Mari Robinson, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER RE EXTENSION OF TO FILE ANSWER** |
| vs. | ) ) | |
| Hartford Life and Accident Insurance Company, | ) ) ) | Case No. 1:05-cv-129 |
| Defendant. | ) | |

The parties submitted a stipulated agreement to the court giving the defendant until January 13, 2006, to serve and file the appropriate motion, answer, or other response to plaintiff's complaint. It is therefore **ORDERED** that the defendant have until <u>January 13, 2006</u>, to serve its answer to the plaintiff's complaint.

Dated this 30th day of December, 2005.

<u>/s/ Charles S. Miller, Jr.</u><br>
Charles S. Miller, Jr.<br>
United States Magistrate Judge